

333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
T +1 213 615 1700
F +1 213 615 1750

John E. Schreiber
Direct Dial: 213-615-1850

August 26, 2016

**VIA CM/ECF**

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 906
New York, New York 10007

    Re:    *National Union Fire Insurance Company of Pittsburgh, PA v. Tutor Perini Corporation*, Case No. 1:16-cv-06269-AJN

Dear Judge Nathan:

    We represent Petitioner National Union Fire Insurance Company of Pittsburgh, P.A. ("Petitioner") in the above-captioned action. We write to advise the Court that the parties have reached a settlement in principle and are currently negotiating the terms of a definitive settlement agreement. Accordingly, the parties jointly request an extension of the dates by which Respondent Tutor Perini Corporation ("Respondent") must serve its opposition to the petition to compel arbitration filed on August 8, 2016 ("Petition"), and Petitioner must serve its reply. Pursuant to Your Honor's August 11, 2016 order (Dkt. No. 7), Respondent is currently required to serve its opposition to the Petition by August 30, 2016, and Petitioner is required to serve its reply by September 6, 2016 (and supply Chambers with two courtesy copies of the parties' papers in tabbed binders by September 7, 2016). The parties request that the Court extend the above dates by thirty (30) days.

    No such extension has been previously requested.

                                Sincerely,

                                */s/John E. Schreiber*

                                John E. Schreiber

cc: David Romyn, counsel for Respondent