UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 9 2016

National Union Fire Insurance Co. of Pittsburgh, PA,

                            Petitioner,

            -v-

Tutor Perini Corporation,

                            Respondent.

16-cv-6269 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On August 26, 2016, the Court received a letter from Petitioner stating that a settlement in principle has been reached. Dkt No. 8. Accordingly, it is hereby ORDERED that the action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

All scheduled conferences are hereby adjourned. Within the thirty-day period provided for in this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Pursuant to Rule 4.B of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless the terms of the agreement are made part of the public record.

SO ORDERED.

Dated: August __, 2016
       New York, New York

_____
        ALISON J. NATHAN
     United States District Judge